IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| GREGORY BOYER, as Administrator of the Estate of Christine Boyer, and on his own behalf,<br>    Plaintiff,<br>  v.<br><br>ADVANCED CORRECTIONAL HEALTHCARE, INC., LISA PISNEY, AMBER FENNIGKOH, MONROE COUNTY, WISCONSIN, STAN HENDRICKSON, DANIELLE WARREN, SHASTA PARKER, AND DOES 1-3,<br><br>    Defendants. | No. 20-cv-1123-jdp |
| GREGORY BOYER, as Administrator of the Estate of Christine Boyer, and on his own behalf,<br>    Plaintiff,<br>  v.<br><br>USA MEDICAL & PSYCHOLOGICAL STAFFING, NORMAN JOHNSON, TRAVIS SCHAMBER, WESLEY HARMSTON, AND JILLIAN BRESNAHAN,<br>    Defendants. | No. 22-cv-723-jdp |

**MONROE COUNTY DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO FILE FOURTH AMENDED COMPLAINT**

Plaintiff, Gregory Boyer, has moved this Court in Case No. 20-cv-1123-jdp for leave to amend the currently operative Third Amended Complaint and replace it with a Fourth Amended Complaint. (*See* ECF No. 147, Case No. 20-cv-1123-jdp.) Defendants Monroe County, Stan Hendrickson, Danielle Warren, and Shasta Parker (the "Monroe County defendants") hereby notify the Court that they do not oppose plaintiff's motion to file the

1

Fourth Amended Complaint, reserving all defenses, affirmative or otherwise, to said amended complaint and their right to answer or otherwise respond to the amended pleading pursuant to Fed. R. Civ. P. 12 and 15.

September 6, 2023

Respectfully submitted,

HANSEN REYNOLDS LLC

*/s/ Andrew A. Jones*
Andrew A. Jones
301 N. Broadway, Suite 400
Milwaukee, WI 53202
(414) 455-7676 (phone)
(414) 273-8476 (fax)
ajones@hansenreynolds.com

*Counsel for Defendants Monroe County, Stan Hendrickson, Danielle Warren, and Shasta Parker*