UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

Gregory Boyer,

*Plaintiff,*

v.                                                  Case No: 3:20CV01123

Advanced Correctional Healthcare, Inc., et al.,

*Defendants.*

MODIFICATION OF PROTECTIVE ORDER

For good cause shown, the Court's Protective Order (Dkt. Nos. 40-1, 41, and 129) is modified as follows:

1. The parties in this case may disclose documents governed by the Protective Order to the litigants in *Estate of Demetrius L. Stephenson v. Calumet County, et al.*, 1:22-cv-00956 (E.D. Wis.).

2. Any documents so disclosed are to be governed by the operative Protective Order entered in *Estate of Demetrius L. Stephenson v. Calumet County, et al.*, 1:22-cv-00956 (E.D. Wis.).

Entered by the Court on _____.

BY THE COURT: