**DEATHS 2022**
**As of March 18, 2022**

| County | State | Jan | Feb | March | April | May | June | July | Aug | Sept | Oct | Nov | Dec | Suicide | Med Death | Status/ Pending | Total Deaths | Homicide |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Butler | KS | ▬▬ | | | | | | | | | | | | | 1 | | 1 | |
| Christian | KY | | | | | | | | | | | | | | | | | |
| Clay | MO | ▬▬ | | | | | | | | | | | | 1 | | | 1 | |
| Dubuque | IA | | | Name Pending | | | | | | | | | | | 1 | | 1 | |
| Floyd | IN | | | Name Pending | | | | | | | | | | | 1 | | 1 | |
| Genesee | MI | | | Name Pending | | | | | | | | | | 1 | | | 1 | |
| Rock | WI | | ▬▬ | | | | | | | | | | | 1 | | | 1 | |
| Santa Cruz | AZ | | ▬▬ | | | | | | | | | | | | 1 | | 1 | |
| St. Charles | MO | | | ▬▬ | | | | | | | | | | 1 | | | 1 | |
| Washington | WI | ▬▬ | | | | | | | | | | | | | 1 | | 1 | |
| | | | | | | | | | | | | | TOTALS | 4 | 5 | 0 | 9 | 0 |

1

**ACH 19158**

**DEATHS 2021**
As of December 31, 2021

| County | State | Jan | Feb | March | April | May | June | July | Aug | Sept | Oct | Nov | Dec | Suicide | Med Death | Status/Pending | Total Deaths | Homicide |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Apache | AZ | | | | | | | | | | | Name Pending | | 1 | | | 1 | |
| Bartholomew | IN | | | | | | x | | | | | | | | 1 | | 1 | |
| Big Sandy | KY | | | | | | | | x | x | | | | | | | | |
| Butler | KS | | | | | | x | | | | | | | 1 | | | 1 | |
| Cape Gir | MO | | | | | | | x | | | | | | 1 | | | 1 | |
| Cass | MO | | | | x | | | | | | | | | 1 | | | 1 | |
| Cheboygan | MI | | | x | | | | | | | | | | | 1 | | 1 | |
| Christian | IL | | | | x | | | | | | | | | | 1 | | 1 | |
| Christian | KY | | | | x | | | | | | | | x | | 2 | | 1 | |
| Clark | KY | | | | | x | | | | | | | | | 1 | | 1 | |
| Clay | MO | | | | x | | | | | | | | | | 1 | | 1 | |
| Douglas | KS | x | | | | | | | | | | | | 1 | | | 1 | |
| FonDuLac | WI | | | | | x | | | | | | | | 1 | | | 1 | |
| Franklin | MO | | | | | | | | x | | | | | | | | | |
| Garfield | OK | | | | | | | | x | | | | | | | | | |
| Geary | KS | | | x | | | | | | | | | | 1 | | | 1 | |
| Grant | WI | | | x | | | | | | | | Name Pending | | 1 | | | 1 | |
| Hendricks | IN | | | x | | | | | | | | | | 1 | | | 1 | |

1

**ACH 19159**

| County | State | Jan | Feb | March | April | May | June | July | Aug | Sept | Oct | Nov | Dec | Suicide | Med Death | Status/Pending | Total Deaths | Homicide |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Jackson | MO | | | | | | | | | | ▬ | | | | 1 | | 1 | |
| LaCrosse | WI | | | | | | | | | | ▬ | | | | 1 | | 1 | |
| Lawrence | IN | | | | | ▬ | | | | | | | | 1 | | | 1 | |
| Lawrence | IN | | | | | ▬ | | | | | | | | 1 | | | 1 | |
| Lawrence | MO | | ▬ | | | | | | | | | | | 1 | | | 1 | |
| Marion | IA | | | | | | | | | | | ▬ | | 1 | | | 1 | |
| McPherson | KS | | | | ▬ | | | | | | | | | 1 | | | 1 | |
| Medina | OH | | | | | ▬ | | | | | | | | 1 | | | 1 | |
| Mississippi | MO | | | | | | | | | ▬ | | | | | 1 | | 1 | |
| Montgomery | IN | | | | | | | | | | | ▬ | | | 1 | | 1 | |
| Mower | MN | | | | | ▬ | | | | | | | | | 1 | | 1 | |
| Oneida | WI | | | | | | | ▬ | | | | | Name Pending | 2 | | | 2 | |
| Perry | TN | | | | | | | ▬ | | | | | | 1 | | | 1 | |
| Pike | MO | | | | | | | | | | ▬ | | | | 1 | | 1 | |
| Platte | MO | | | | ▬ | | | | | ▬ | | | | 2 | | | 2 | |
| Richland | OH | | | | | | | | | | | Name Pending | | | 1 | | 1 | |
| Sangamon | IL | | | | ▬ | | ▬ | | | | | | | | 2 | | 2 | |
| St. Francois | MO | | | | | | | | ▬ | | | | | 1 | | | 1 | |

# DEATHS 2021
## As of December 31, 2021

| County | State | Jan | Feb | March | April | May | June | July | Aug | Sept | Oct | Nov | Dec | Suicide | Med Death | Status/Pending | Total Deaths | Homicide |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| St. Genevieve | MO | | | | | ■ | | | | | | | | | 1 | | 1 | |
| St. Genevieve | MO | | | | | ■ | | | | | | | | | 1 | | 1 | |
| White | IL | | | | | | | | | | Name Pending | | | | 1 | | 1 | |
| Woodford | IL | | | | | | | | | | ■ | | | | 1 | | 1 | |
| | | | | | | | | | | | | | TOTALS | 21 | 20 | 0 | 39 | 0 |

3

ACH 19161