# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| Gregory Boyer, | |
| Plaintiff, | Case No: 3:20-cv-1123-JDP |
| v. | Judge James D. Peterson |
| Advanced Correctional Healthcare, Inc., *et al.*, | Magistrate Judge Stephen L. Crocker |
| Defendants. | |
| Gregory Boyer, | |
| Plaintiff, | Case No: 3:22-cv-00723-JDP |
| v. | Judge James D. Peterson |
| USA Medical & Psychological Staffing, Inc., *et al.*, | Magistrate Judge Stephen L. Crocker |
| Defendants. | |

## PLAINTIFF NOTICE OF TRANSFER

Plaintiff, by his undersigned counsel, provides this Notice that on April 25, 2024, the United States District Court for the Northern District of Illinois transferred Plaintiff's motion to compel Gallagher Bassett's subpoena response to this Court. The transfer order is set forth in this Court pursuant to the following docket entry:

*Boyer v. Advanced Correctional Healthcare, Inc.* No. 3:24-cv-00274 (W.D. Wis.)

Dated: April 25, 2024

By: *Stephen H. Weil*

Stephen H. Weil
Loevy & Loevy
311 N. Aberdeen Street
Chicago, IL 60607
312-243-5900
weil@loevy.com
*Counsel for Plaintiff*

1