IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

GREGORY BOYER,

        Plaintiff,

v.                                         20-cv-1123-jdp

ADVANCE CORRECTIONAL HEALTHCARE,
INC., *et al.*,

        Defendants.

                                              AMENDED
                                        SCHEDULING ORDER

GREGORY BOYER,

        Plaintiff,                               22-cv-723-jdp

v.

USA MEDICAL & PSYCHOLOGICAL
STAFFING S.C., *et al.*,

        Defendants.

---

On April 25, 2024, the court reset the schedule at a telephonic conference:

Motion(s) addressing Gallagher Bassett discovery dispute: May 31, 2024

        14/7 response/reply briefing

ACH production of underlying medical records: September 6, 2024

Plaintiff's supplemental *Monell* expert report: November 12, 2024

        Dr. Keller to be deposed not later than December 6, 2024

Defendants' expert disclosures: January 10, 2025

Summary judgment motion filing deadline: February 14, 2025

        28/14 response/reply briefing

Discovery cutoff: July 25, 2025

Settlement letters to Clerk of Court: July 25, 2025

Submissions for Final Pretrial Conference: August 1, 2025

Responses: August 22, 2025

First Final Pretrial Conference: September 10, 2025 at 2:30 p.m.

Second Final Pretrial Conference: September 17, 2025

Jury Selection and Trial: September 29, 2025

Entered this 25th day of April, 2024.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge