IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| Gregory Boyer,<br><br>        Plaintiff,<br><br>   v.<br><br>Advanced Correctional Healthcare, Inc., *et al.*,<br><br>        Defendants. | Case No: 3:20-cv-1123-JDP<br><br>Judge James D. Peterson<br><br>Magistrate Judge Anita M. Boor |
| Gregory Boyer,<br><br>        Plaintiff,<br><br>   v.<br><br>USA Medical & Psychological Staffing, Inc., *et al.*,<br><br>       Defendants. | Case No: 3:22-cv-00723-JDP<br><br>Judge James D. Peterson<br><br>Magistrate Judge Anita M. Boor |

**PLAINTIFF'S PROPOSED JURY VERDICT FORM**

     Plaintiff, through his undersigned attorneys, respectfully requests that the Court use the following jury verdict form at trial:

1

We, the jury, find as follows:

**(For each line of each claim, check one and only one of the two choices, either "For Plaintiff" or "For Defendant".)**

**Claim No. 1—On Plaintiff's Fourteenth Amendment Claim of Inadequate Medical Care against Defendant Pisney:**

| Name of Defendant | For Plaintiff | For Defendant |
|---|---|---|
| Lisa Pisney | _____ | _____ |

**Claim No. 2—On Plaintiff's Medical Malpractice Claims against ACH, Pisney, and Fennigkoh:**

| Name of Defendant | For Plaintiff | For Defendant |
|---|---|---|
| Advanced Correctional Healthcare | _____ | _____ |
| Lisa Pisney | _____ | _____ |
| Amber Fennigkoh | _____ | _____ |

**(Complete the following section ONLY if you have found for Plaintiff on one or more of her claims against one or more Defendants.)**

We find the Plaintiff's compensatory damages to be:

$ _____

We assess punitive damages against Defendant Advanced Correctional Healthcare

    Yes: _____

    No: _____

Only if "yes" is checked above, provide the amount of punitive damages:

    $ _____

We assess punitive damages against Defendant Pisney

    Yes: _____

    No: _____

Only if "yes" is checked above, provide the amount of punitive damages:

    $ _____

We assess punitive damages against Defendant Fennigkoh

    Yes: _____

    No: _____

Only if "yes" is checked above, provide the amount of punitive damages:

    $ _____

_____
Foreperson

_____

_____

_____

_____

_____

_____

_____

_____

_____

Dated: _____, 2025

RESPECTFULLY SUBMITTED:

<u>/s/ Maria Makar</u>
One of Plaintiff's Attorneys


Jon Loevy
Locke Bowman
Maria Makar
LOEVY & LOEVY
311 North Aberdeen St.
Chicago, IL 60607
T: (312) 243-5900
F: (312) 243-5902
makar@loevy.com