IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| Gregory Boyer,<br><br>   Plaintiff,<br><br> v.<br><br>Advanced Correctional Healthcare, Inc., *et al.*,<br><br>   Defendants. | Case No: 3:20-cv-1123-JDP<br><br>Judge James D. Peterson<br><br>Magistrate Judge Anita M. Boor |
| Gregory Boyer,<br><br>   Plaintiff,<br><br> v.<br><br>USA Medical & Psychological Staffing, Inc., *et al.*,<br><br>   Defendants. | Case No: 3:22-cv-00723-JDP<br><br>Judge James D. Peterson<br><br>Magistrate Judge Anita M. Boor |

**PLAINTIFF'S MOTION FOR LEAVE
TO FILE SECOND AMENDED RULE 26(A)(3) DISCLOSURE**

Plaintiff Gregory Boyer, by his undersigned attorneys, respectfully moves this Court for entry of an Order granting him leave to file the attached Second Amended Rule 26(a)(3) Disclosure. In support, Plaintiff states:

1. On Monday, August 4, 2025, pursuant to the Court' scheduling order, ECF No. 198, Plaintiff filed his Rule 26(a)(3) disclosures. The list included an entry for "Family Photos."

2. During discovery, Plaintiff produced multiple photos of Decedent Christine Boyer and her family.

3. On August 6, 2025, Plaintiff filed his amended Rule 26(a)(3) disclosures, which omitted from the list four family photos.

1

4. Upon learning of the error, Plaintiff was unable to verify whether all four photographs were produced to Defendants in discovery. Accordingly, Plaintiff produced the photos on September 5, 2025, and alerted Defendants that he would seek to add them to his exhibit list. Plaintiff notified Defendants that he could not determine whether they had been produced.

5. As of this filing, Defendants have not responded.

6. Plaintiff respectfully requests amendment to her exhibit list to add the four photos, which he will use to prove his damages at trial.

7. There is no surprise or prejudice to Defendants, as they were aware that Plaintiff planned to use family photos as exhibits at trial. Nothing about these specific family photos would cause prejudice or surprise.

8. Allowing this amendment will further the interest in a smoothly functioning, efficient trial, to which all counsel in this case are fully committed.

Dated: September 8, 2025

Respectfully submitted,

/s/ Maria Makar
One of Plaintiff's Attorneys
Locke Bowman
Maria Makar
LOEVY & LOEVY
311 N. Aberdeen, Third Floor
Chicago, IL 60607
(312) 243-5900
Makar@loevy.com
Attorneys for Plaintiff