**SECOND AMENDED EXHIBIT FORM**

| EXHIBIT (S) OF | |
|---|---|
| Plaintiff<br><br>(Indicate plaintiff or defendant) | Gregory Boyer, as Administrator of the Estate of Christine Boyer, and on his own behalf,<br><br>V.       Case No.    20-cv-1123-JDP<br><br>Advanced Correctional Healthcare, Inc., et al., |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
|---|---|---|---|---|
| | No. | Witness | | |
| | 1. | | MONROE_COUNTY_001518 Audio Call | |
| | 2. | | MONROE_COUNTY 2008 Video File | |
| | 3. | | July 5, 2019 Email from Amber Fennigkoh to Travis Schamber (MONROE_COUNTY_056584) | |
| | 4. | | July 4, 2019 Email from Amber Fennigkoh to Stan Hendrickson MONROE_COUNTY_017959) | |
| | 5. | | December 23, 2019 Narrative Progress Notes (MONROE_COUNTY_001105) | |
| | 6. | | December 23, 2019 Narrative Progress Notes (MONROE_COUNTY_001101) | |
| | 7. | | December 20, 2018 Email from Hallman to Hendrickson and Fennigkoh (MONROE_COUNTY_015575) | |
| | 8. | | ACH Training Slides (ACH 18912–19147) | |
| | 9. | | Advanced Practice Nursing Written Collaborative Agreement (ACH 14010–12) | |
| | 10. | | Agreement for the Provision of Inmate/Detainee Health Services (MONROE_COUNTY_000019–45) | |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
|---|---|---|---|---|
| | No. | Witness | | |
| | 11. | | P012443 Union Subpoena Response - Video | |
| | 12. | | Introduction to Correctional Healthcare Video (ACH 13404) | |
| | 13. | | Detox in Jails Video (ACH 13403) | |
| | 14. | | Jail is not a Health Spa Video (ACH 13402) | |
| | 15. | | Deposition of Boyer, Gregory | |
| | 16. | | Deposition of Chrudimsky, Abi | |
| | 17. | | Deposition of Dempsey, Brooke | |
| | 18. | | Deposition of Charash, Bruce | |
| | 19. | | Deposition of Erdman, Eric | |
| | 20. | | Deposition of Hallman, Ryan | |
| | 21. | | Deposition of Hendrickson, Stan | |
| | 22. | | Deposition of Moga, Kyle | |
| | 23. | | Deposition of Pisney, Lisa | |
| | 24. | | Deposition of Schwanz, Jeffrey | |
| | 25. | | Deposition of Warren/Nelson, Danielle | |
| | 26. | | Dr. Charash Expert Report | |
| | 27. | | Dr. Bentley Expert Report | |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
|---|---|---|---|---|
| | No. | Witness | | |
| | 28. | | Dr. Venters Expert Report | |
| | 29. | | Plaintiff's Expert Rebuttal Reports | |
| | 30. | | Family Photos (Plaintiff 006048-50) | |
| | 31. | | Jail Floor Plan (MONROE_COUNTY_013863) | |
| | 32. | | Spark Training Records (ACH 18713-18819) | |
| | 33. | | JAB Management Services Records (ACH 18708-12) | |
| | 34. | | Intro to Correctional Healthcare Training Video Transcript | |
| | 35. | | Detox in Jails Video Transcript | |
| | 36. | | Jail is Not a Health Spa Video Transcript | |
| | 37. | | December 21, 2019 Intake Screening (MONROE_COUNTY_001091–93) | |
| | 38. | | December 21–22, 2019 Monroe County Booking Narrative Notes (MONROE_COUNTY_001095) | |
| | 39. | | January 2, 2020 Supplemental Death Investigation Report by Jeffrey Spencer (MONROE_COUNTY_000079-81) | |
| | 40. | | Policy and Procedure Index (MONROE_ COUNTY_ 069539- MONROE_ COUNTY 069799) | |
| | 41. | | Continuous Quality Improvement Correspondences (MONROE_ COUNTY _002686- MONROE_ COUNTY 002691) | |
| | 42. | | Signs of a Heart Attack (Deposition of Lisa Pisney, Exhibit 28) | |
| | 43. | | Symptoms of Heart Attack (Deposition of Lisa Pisney, Exhibit 29) | |
| | 44. | | Jail Booking Sheet (MONROE_COUNTY_001273–74) | |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
|---|---|---|---|---|
| | No. | Witness | | |
| | 45. | | Monroe County Policies and Procedures (MONROE_COUNTY_001441–88) | |
| | 46. | | Monroe County Jail Policies and Procedures (MONROE_COUNTY_069539–799) | |
| | 47. | | December 26, 2019 Hendrickson Email (ACH 19154) | |
| | 48. | | January 15, 2020 Hendrickson Email (MONROE_COUNTY_008784) | |
| | 49. | | December 31, 2019 Spencer Email (ACH 19157) | |
| | 50. | | December 27, 2018 Hendrickson Email (MONROE_COUNTY_016524) | |
| | 51. | | July 4, 2019 Fennigkoh Email re Question of the Day (MONROE_COUNTY_017959) | |
| | 52. | | July 5, 2019 Fennigkoh Email re This is What I Plan to Send to Schamber (MONROE_COUNTY_018773) | |
| | 53. | | July 5, 2019 Fennigkoh Email re Suggestions for Monroe County Jail (MONROE_COUNTY_056584) | |
| | 54. | | November 2, 2019 Fennigkoh Email re Med Percentages October (MONROE_COUNTY_057799) | |
| | 55. | | Fennigkoh Emails (ACH 22798-22803) | |
| | 56. | | December 14, 2018 Perkins CQI Letter (MONROE_COUNTY_002686–91) | |
| | 57. | | Monroe County Jail Inmate Handbook (MONROE_COUNTY_016979–7010) | |
| | 58. | | Monroe County Observation Log (MONROE COUNTY 001103–04) | |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
|---|---|---|---|---|
| | No. | Witness | | |
| | 59. | | December 23, 2019 Gundersen Health Medical Records (Plaintiff 000245-46) | |
| | 60. | | Boyer Death in Custody (Closeout Draft Notes) (Hendrickson Deposition Exhibit #74) | |
| | 61. | | December 23, 2019 Gundersen Health Medical Records (Plaintiff 000287) | |
| 1. | 62. | | Boyer Gundersen Health Medical Records (Plaintiff 000245-000343) | |
| | 63. | | December 21, 2019 Monroe County Narrative Notes (Plaintiff 000004) | |
| | 64. | | December 22, 2019 Monroe County Narrative Notes (Plaintiff 000065) | |
| | 65. | | December 23, 2019 Monroe County Narrative Notes (Plaintiff 000012-13) | |
| | 66. | | December 23, 2019 Monroe County Narrative Notes (MONROE_COUNTY_001105) | |
| | 67. | | December 23, 2019 Video Footage Narrative (MONROE_COUNTY_001105) | |
| | 68. | | December 23, 2019 3:40am Fennigkoh Email (MONROE_COUNTY_004846) | |
| | 69. | | December 23, 2019 Hallaman Email (MONROE_COUNTY_008772) | |
| | 70. | | July 14, 2021 Hendrickson Email re Follow-Up Questions (WIDOC_2.16.22-000204–13) | |
| | 71. | | December 21–23, 2019 Jail Staff List (MONROE_COUNTY_013680) | |
| | 72. | | November 18, 2021 Wisconsin Department of Corrections Letter re Boyer Death in Custody (Hendrickson Deposition Exhibit #77) | |
| | 73. | | December 24, 2019 Monroe County Narrative Notes (Plaintiff 000014) | |
| | 74. | | December 31, 2019 Monroe County Narrative Notes (Plaintiff 000015) | |
| | 75. | | Medication Administration Record (MONROE_COUNTY_001100) | |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
|---|---|---|---|---|
| | No. | Witness | | |
| | 76. | | Mediation Verification Form (MONROE_COUNTY_001094) | |
| | 77. | | Autopsy Report (Plaintiff 002882-Plaintiff 002891) | |
| | 78. | | Boyer Jail Medical Records (Plaintiff 000058-000221) | |
| | 79. | | RN Bonus Program - Fennigkoh (DEF 227-229) | |
| | 80. | | Boyer Subpoena Production (GB 000001 - GB 004228) | |
| | 81. | | Gunderson Health Records Full (Plaintiff 007526-008826) | |
| | 82. | | Gunderson Health System (GHS 1559) | |
| | 83. | | Gunderson Heath System (GHS 1339-42) | |
| | 84. | | HEALTHCARE POLICIES AND PROCEDURES (JA-05) (MONROE_COUNTY_001441-MONROE_COUNTY_001488) | |
| | 85. | | December 23, 2019-January 1, 2020 Gunderson Health Records (Plaintiff 008694-Plaintiff 008826) | |
| | 86. | | December 26, 2019 Written Notes (MONROE_COUNTY_068795-97) | |
| | 87. | | Jail Staff Text Messages (MONROE_COUNTY_068798) | |
| | 88. | | Monroe County Jail Emails (Plaintiff 000222-44) | |
| | 89. | | Primary Report by Danielle Warren (MONROE_COUNTY_006457–58) | |
| | 90. | | December 23, 2019 Warren and Hallman Emails (MONROE_COUNTY_006112) | |
| | 91. | | December 26, 2019 Warren and Parker Emails (MONROE_COUNTY_004529–30) | |
| | 92. | | December 24, 2019 Fennigkoh Email (MONROE_COUNTY_000095) | |
| | 93. | | January 17, 2020 Hendrickson Email (MONROE_COUNTY_000108) | |
| | 94. | | May 24, 2021 Fennigkoh Email (ACH 13997) | |

| Date | Identification | | Description | Offers, Objections, |
| | No. | Witness | | Rulings, Exceptions |
| --- | --- | --- | --- | --- |
| | 95. | | May 15, 2019 Fennigkoh Email (MONROE_COUNTY_056104–05) | |
| | 96. | | Monthly Collection Analysis (MONROE_COUNTY_063476) | |
| | 97. | | Fennigkoh Email (MONROE_COUNTY_056584) | |
| | 98. | | Fennigkoh Email (MONROE_COUNTY_000088) | |
| | 99. | | December 22, 2019 Email Parker to Jail Nurses (MONROE_COUNTY_005846) | |
| | 100. | | Riley & Fennigkoh Emails (ACH 19151) | |
| | 101. | | Preservation of Evidence Email and Letter (MONROE_COUNTY_00642) | |
| | 102. | | Email & Letter re Preservation of Evidence (MONROE_COUNTY_006427–29) | |
| | 103. | | Professional Services Subcontract Agreement (ACH 22660-22665) | |
| | 104. | | MONROE_COUNTY_000001.mp4 | |
| | 105. | | MONROE_COUNTY_000003.mp4 | |
| | 106. | | MONROE_COUNTY_000004.mp4 | |
| | 107. | | MONROE_COUNTY_000005.mp4 | |
| | 108. | | MONROE_COUNTY_000006.mp4 | |
| | 109. | | MONROE_COUNTY_000007.mp4 | |
| | 110. | | MONROE_COUNTY_000008.mp4 | |
| | 111. | | MONROE_COUNTY_000009.mp4 | |
| | 112. | | MONROE_COUNTY_0000010.mp4 | |
| | 113. | | MONROE_COUNTY_000011-Audio | |
| | 114. | | MONROE_COUNTY_000593-Audio | |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
|---|---|---|---|---|
| | No. | Witness | | |
| | 115. | | MONROE_COUNTY_000594-Audio | |
| | 116. | | MONROE_COUNTY_000595-Audio | |
| | 117. | | MONROE_COUNTY_000596-Audio | |
| | 118. | | MONROE_COUNTY_000597-Audio | |
| | 119. | | MONROE_COUNTY_000598-Audio | |
| | 120. | | MONROE_COUNTY_001514-Audio | |
| | 121. | | MONROE_COUNTY_001515-Audio | |
| | 122. | | MONROE_COUNTY_001516-Audio | |
| | 123. | | MONROE_COUNTY_001517-Audio | |
| | 124. | | MONROE_COUNTY_001518-Audio | |
| | 125. | | MONROE_COUNTY_001519-Audio | |
| | 126. | | MONROE_COUNTY_007482-Audio | |
| | 127. | | MONROE_COUNTY_007483-Audio | |
| | 128. | | MONROE_COUNTY_007484-Audio | |
| | 129. | | MONROE_COUNTY_007485-Audio | |
| | 130. | | MONROE_COUNTY_007487-Audio | |
| | 131. | | MONROE_COUNTY_013609-Audio | |
| | 132. | | MONROE_COUNTY_013610-Audio | |
| | 133. | | MONROE_COUNTY_013611-Audio | |
| | 134. | | MONROE_COUNTY_013612-Audio | |
| | 135. | | MONROE_COUNTY_013613-Audio | |
| | 136. | | MONROE_COUNTY_013614-Audio | |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
|---|---|---|---|---|
| | No. | Witness | | |
| | 137. | | Jail Calls Transcripts | |
| | 138. | | Susan Minter Podcast Video 1 | |
| | 139. | | Susan Minter Podcast Video 2 | |
| | 140. | | Susan Minter Podcast Video 3 | |
| | 141. | | Susan Minter Podcast Video 4 | |
| | 142. | | Susan Minter Podcast Video 5 | |
| | 143. | | Susan Minter Podcast Video 6 | |
| | 144. | | Susan Minter Podcast Video 1 Transcript | |
| | 145. | | Susan Minter Podcast Video 2 Transcript | |
| | 146. | | Susan Minter Podcast Video 3 Transcript | |
| | 147. | | Susan Minter Podcast Video 4 Transcript | |
| | 148. | | Susan Minter Podcast Video 5 Transcript | |
| | 149. | | Susan Minter Podcast Video 6 Transcript | |
| | 150. | | Raw Data Report – Booking Cell 4 | |
| | 151. | | Mental Health Services Clinical Contact (MONROE_COUNTY_001096–97) | |
| | 152. | | Monroe County Booking Records (ACH 000134–51) | |
| | 153. | | Booking Floorplan (MONROE_COUNTY_003147) | |
| | 154. | | Jail Floorplan (MONROE_COUNTY_004517) | |
| | 155. | | Floorplan (MONROE_COUNTY_003147) | |
| | 156. | | Chest Pain Protocol (MONROE_COUNTY_001098–99) | |
| | 157. | | UW Health – Anatomic Pathology Laboratory Records (Plaintiff 000043-52) | |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
|---|---|---|---|---|
| | No. | Witness | | |
| | 158. | | Medtox Laboratory Report (Plaintiff 002167-68) | |
| | 159. | | Narcotic Log (Plaintiff 000058-Plaintiff 000183) | |
| | 160. | | 10 -Booking 109 -Housing 119 -TOTAL Facility Head Count (MONROE_COUNTY_000082-87) | |
| | 161. | | Demonstrative Exhibit Placeholder 1 | |
| | 162. | | Demonstrative Exhibit Placeholder 2 | |
| | 163. | | Demonstrative Exhibit Placeholder 3 | |
| | 164. | | Demonstrative Exhibit Placeholder 4 | |
| | 165. | | Demonstrative Exhibit Placeholder 5 | |
| | 166. | | Demonstrative Exhibit Placeholder 6 | |
| | 167. | | Demonstrative Exhibit Placeholder 7 | |
| | 168. | | Demonstrative Exhibit Placeholder 8 | |
| | 169. | | Demonstrative Exhibit Placeholder 9 | |
| | 170. | | Demonstrative Exhibit Placeholder 10 | |
| | 171. | | Photographs of Christine and Family | |